◥AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern　　　　　　　　　　　　　　　　　　　　　　　　Virginia

District of

BETTY J. OSTERGREN

**SUMMONS IN A CIVIL CASE**

V.

ROBERT F. McDONNELL, in his official capacity as Virginia Attorney General.

CASE NUMBER:　　3:08cv362

TO: (Name and address of Defendant)
Robert F. McDonnell
Virginia Attorney General
900 E. Main Street
Richmond, VA 23219

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Rebecca K. Glenberg
American Civil Liberties Union
of Virginia Foundation, Inc.
530 E. Main Street, Suite 310
Richmond, Virginia 23219

**(w/Motion for TRO or Preliminary Injunction and Memo in Support)**

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**Fernando Galindo, Clerk**

JUN 1 1 2008

CLERK　　FILE COPY　　　　　　　　　　　　　　　DATE

(By) DEPUTY CLERK