**FILED**

◈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern District of Virginia

2008 JUN 12 A 10:06

CLERK US DISTRICT COURT
RICHMOND, VIRGINIA

BETTY J. OSTERGREN

**SUMMONS IN A CIVIL CASE**

V.

ROBERT F. McDONNELL, in his
official capacity as Virginia Attorney
General.

CASE NUMBER: 3:08cv362

TO: (Name and address of Defendant)
Robert F. McDonnell
Virginia Attorney General
900 E. Main Street
Richmon, VA 23219

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Rebecca K. Glenberg
American Civil Liberties Union
of Virginia Foundation, Inc.
530 E. Main Street, Suite 310
Richmond, Virginia 23219

**(w/Motion for TRO or Preliminary Injunction and Memo in Support)**

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Fernando Galindo, Clerk

JUN 1 1 2008

CLERK _____
(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | June 11, 2008 |
| NAME OF SERVER (PRINT) Valerie Jones-Fleming | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Left with person in charge of office at 900 E. Main St., Richmond, VA.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 11, 2008
Date

Valerie Jones-Fleming
Signature of Server

205 N. 4th St., Apt. 205, Richmond, Va 23219
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.