Ostergren v. McDonnell    Doc. 7

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

BETTY J. OSTERGREN

    Plaintiffs,

v.                                         Civil Action No. 3:08cv362

ROBERT F. MCDONNELL

    Defendant.

**ORDER**

For the reasons set forth on the record on June 13, 2008, it is hereby ORDERED that the defendant shall file a brief in opposition to Plaintiff's Motion for Temporary Restraining Order or Preliminary Injunction (Docket Nos. 2-3) by June 23, 2008. The plaintiff shall file a reply brief by June 25, 2008. The parties shall appear before the Court on June 30, 2008 at 9:30 AM for oral argument.

It is so ORDERED.

                                /s/
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date: June 13, 2008

Dockets.Justia.com