# CIVIL NON-JURY MINUTE SHEET

**United States District Court**

CASE TITLE: Betty J. Ostergren v. Robert F. McDonnell, etc.

DISTRICT: Eastern District of Virginia – Richmond Division
DOCKET NO.: Civil Action No. 3:08CV00362
Date: June 30, 2008
Judge: Payne
Reporter: Diane Daffron

Appearances: Parties by/with counsel ( )    United States Attorney ( )

Matter came on for: Trial on Merits ( )    Hearing on Motions (X)    Other: _____

Witnesses excluded on motion of: _____ ( )    Motions before trial ( )

Opening Statements ( )    Opening statements waived ( )

Plaintiff(s) adduced evidence ( )    Rested ( )    Motion after plaintiff(s) rested ( )

Defendant(s) adduced evidence ( )    Rested ( )    Motion after defendant(s) rested ( )

Rebuttal evidence adduced ( )    Sur-Rebuttal evidence adduced ( )    Evidence concluded ( )

Arguments ( )    Findings of Fact and Conclusions of Law stated from the bench ( )

Court finds in favor of the plaintiff(s) in the sum of $_____ ( )

Court finds in favor of the defendant(s) ( )    Clerk to enter judgment on decision ( )

Case continued until _____ at _____ M. for _____ ( )

Motion(s) or Additional Notations: Arguments had on Plaintiff's Motion for a Temporary Restraining Order. The Court did not issue a Preliminary Injunction as the Court set a trial date and the Attorney General of Virginia agreed not to prosecute the plaintiff while this litigation is pending. Plaintiff to file her pretrial brief on July 7; Deft to file its brief on July 14 and any reply brief shall be due on July 18. Trial shall be held at 1:30 p.m. on July 24. The Court ruled the Plaintiff's Motion for a Preliminary Injunction is denied as moot.

Counsel for the Plaintiff(s): Rebecca K. Glenberg, Esquire

Counsel for the Defendant(s): James V. Ingold, Esquire

Set: 9:30 a.m.   BEGAN: 9:45 a.m.   ENDED: 11:45   TIME IN COURT: 1 Hrs.- 50 Mins.

Dockets.Justia.com