Ostergren v. McDonnell                                                                                         Doc. 11

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

BETTY J. OSTERGREN,

    Plaintiff,

v.                                          Criminal No. 3:08-CV-00362

ROBERT F. McDONNELL, in his official
capacity as Attorney General of Virginia,

    Defendant.

### ORDER

The Attorney General having represented on the record that he will not prosecute the plaintiff until after a final decision has been rendered by the Court, it is hereby ORDERED that the plaintiff's Motion for Temporary Restraining Order (Docket No. 2) and the plaintiff's Motion for Preliminary Injunction (Docket No. 3) are denied as moot. It is also hereby ORDERED that the plaintiff shall file her opening brief for trial by July 7, 2008, the defendant shall file his response by July 14, 2008, and the plaintiff shall file any reply by July 18, 2008. It is ORDERED that a hearing, if necessary, shall be held on July 24, 2008 at 1:30 PM.

It is so ORDERED.

_____/s/_____ *REP*

United States District Judge

Date: *June 30, 2008*
Richmond, Virginia

Dockets.Justia.com