Ostergren v. McDonnell
Doc. 12

# TRANSCRIPT

Dockets.Justia.com