IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

F I L E D
JUL 17 2008
CLERK, U.S. DISTRICT COURT
RICHMOND, VA.

BETTY J. OSTERGREN,

    Plaintiff,

v.                            Civil Action No. 3:08cv362

ROBERT F. McDONNELL, in his
official capacity as
Attorney General of Virginia

    Defendant.

**ORDER**

For the reasons set forth on the record during a conference call on July 17, 2008, it is hereby ORDERED that the parties shall brief the nature of the plaintiff's First Amendment challenge and the standing of the plaintiff to bring such a challenge, addressing the jurisdiction and authority of the Court to entertain this action, including the ripeness of the controversy and any prudential considerations to be taken into account. It is hereby ORDERED that the plaintiff shall file her opening brief by July 25, 2008; the defendant shall file any response by August 1, 2008; and the plaintiff shall file any reply by August 5, 2008. It is also hereby ORDERED that the hearing currently scheduled for July 24, 2008 shall be continued to August 14, 2008 at 1:30 PM.

    It is so ORDERED.

                                             /s/      REP
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: July 17, 2008