IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



BETTY J. OSTERGREN,

    Plaintiff,

v.                               Civil Action No. 3:08cv362

ROBERT F. McDONNELL, in his
official capacity as Attorney
General of Virginia,

    Defendant.

**ORDER**

In the briefing to be submitted pursuant to the Order (Docket No. 17) entered on July 17, 2008, it is hereby ORDERED that, in the brief to be filed on August 1, 2008, the defendant shall address, in addition to the issues raised in the plaintiff's brief, why the decision in <u>Cohen v. Cowles Media Co.</u>, 501 U.S. 663 (1991) and the principle respecting laws of general applicability therein applied should be applied in this case rather than the principles announced in <u>Cox Broadcasting Corp. v. Cohn</u>, 420 U.S. 469 (1975) and <u>Smith v. Daily Mail Pub. Co.</u>, 443 U.S. 97 (1979) and <u>Florida Star v. B.J.F.</u>, 491 U.S. 524 (1989), and, in so doing, the defendant shall explain, with reference <u>inter</u> <u>alia</u>, to scholarly publications, how those two lines of authority may be harmoniously applied.

It is further ORDERED that the plaintiff shall respond to those issues in her brief to be filed on August 5, 2008.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: July 23, 2008