# CIVIL NON-JURY MINUTE SHEET

**United States District Court**

**DISTRICT:** Eastern District of Virginia – Richmond Division

**CASE TITLE:** Betty J. Ostergren
Robert F. McDonnell, in his official Capacity as Attorney General of Virginia

**DOCKET NO.:** Civil Action No. 3:08CV00362

**Date:** August 14, 2008

**Judge:** Payne

**Reporter:** Peggy Strahan, OCR

**FILED AUG 14 2008** CLERK, U.S. DISTRICT COURT RICHMOND, VA

Appearances: Parties by/with counsel (X)   United States Attorney ( )

Matter came on for: Trial on Merits (X)   Hearing on Motions ( )   Other: ____

Witnesses excluded on motion of: _____ ( )   Motions before trial ( )

Opening Statements ( )   Opening statements waived ( )

Plaintiff(s) adduced evidence ( )   Rested ( )   Motion after plaintiff(s) rested ( )

Defendant(s) adduced evidence ( )   Rested ( )   Motion after defendant(s) rested ( )

Rebuttal evidence adduced ( )   Sur-Rebuttal evidence adduced ( )   Evidence concluded ( )

Arguments ( )   Findings of Fact and Conclusions of Law stated from the bench ( )

Court finds in favor of the plaintiff(s) in the sum of $_____ ( )

Court finds in favor of the defendant(s) ( )   Clerk to enter judgment on decision ( )

Case continued until _____ at _____ M. for _____ ( )

**Motion(s) or Additional Notations:** Matter came on for trial on the merits. No evidence presented, just arguments by counsel. Case taken under advisement by the Court.

**Counsel for the Plaintiff(s):** Rebecca K. Glenberg, Esquire
Frank M. Feibleman, Esquire

**Counsel for the Defendant(s):** James V. Ingold, Esquire

Set: 1:30 p.m.   BEGAN: 1:35 p.m.   ENDED: 4:25 p.m.   TIME IN COURT: 3 Hrs. 50 Mins.