IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



BETTY J. OSTERGREN,

    Plaintiff,

v.                                         Civil Action No. 3:08cv362

ROBERT F. McDONNELL, in
his official capacity as
Attorney General of Virginia,

    Defendant.

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that Virginia Code § 59.1-443.2 is unconstitutional as to the plaintiff's website, www.TheVirginiaWatchdog.com as it existed on the date that this action was filed.

It is further ORDERED that, by August 31, 2008, the parties agree upon the form of a limited injunction and submit an order reflecting that agreement, or that, by August 31, 2008, the plaintiff shall file a brief on the propriety and scope of injunctive relief; that, by September 20, 2008, the defendant shall file a brief in response; and that, by September 30, 2008, the plaintiff shall file a reply brief.

It is so ORDERED.

                                                /s/     REP
                                        Robert E. Payne
                                        Senior United States District Judge

Richmond, Virginia
Date: August 22, 2008