IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

BETTY J. OSTERGREN,

    Plaintiff,

v.                      Civil Action No. 3:08cv362

ROBERT F. MCDONNELL,

    Defendant.

**ORDER**

For the reasons set forth on the record during the conference call on October 7, 2008, it is hereby ORDERED that the parties shall hold a conference call with the Court on October 14, 2008 at 2:00 PM. It is also hereby ORDERED that the parties shall submit to the Court a written discovery plan by October 13, 2008, concerning discovery for an evidentiary hearing on the scope of the injunction to be granted in this case.

It is so ORDERED.

                                          /s/        *REP*
                        Senior United States District Judge

Richmond, Virginia
Date: October 8, 2008

Ostergren v. McDonnell   Doc. 29

Dockets.Justia.com