```
                IN THE UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF VIRGINIA
                          Richmond Division
```

BETTY J. OSTERGREN,

    Plaintiff,

v.                          Civil Action No. 3:08cv362

ROBERT F. MCDONNELL,

    Defendant.

## ORDER

For the reasons set forth on the record during the conference call on October 14, 2008, it is hereby ORDERED that the hearing on the Plaintiff's MOTION FOR PERMANENT INJUNCTION (Docket Number 26) shall be held on February 24, 2009 at 9:30 AM and will continue on February 25, 2009 if required. It is also hereby ordered that the parties' Discovery Plan (Docket Number 30) is hereby approved.

It is so ORDERED.

                                               /s/          REP
                            Senior United States District Judge

Richmond, Virginia
Date: October 15, 2008