IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



BETTY J. OSTERGREN,

    Plaintiff,

v.　　　　　　　　　　　　　　　　Civil Action No. 3:08cv362

ROBERT F. MCDONNELL,

    Defendant.

## ORDER

Having reviewed the CONSENT MOTION (Docket No. 32), it is hereby ORDERED that the motion is granted. It is further ORDERED that the CONSENT MOTION (Docket No. 33) is denied as moot.

It is so ORDERED.

                                            /s/　　　　　REP
                                      Robert E. Payne
                                      Senior United States District Judge

Richmond, Virginia
Date: November 24, 2008