IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| BETTY J. OSTERGREN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:08cv362 |
| ROBERT F. MCDONNELL, | ) |
| Defendant. | ) |

## CONSENT MOTION

The parties, jointly by their respective counsel, hereby respectfully propose this adjusted plan to govern discovery in this litigation:

(1) The parties agree to disclose all exhibits, except for rebuttal exhibits, and all witnesses (including name, address, telephone and matters on which they are expected to testify), except for expert and rebuttal witnesses, by December 17, 2008;

(2) The parties agree to disclose all expert testimony and rebuttal witnesses/exhibits by January 9, 2009;

(3) The parties agree to complete all depositions by February 6, 2009.

**WE ASK FOR THIS:**

_____/s/_____
Rebecca K. Glenberg
Virginia Bar number 44099
ACLU of Virginia Foundation, Inc.
530 E. Main Street, Suite 310
Richmond, Virginia 23219
(804) 644-8080
(804) 649-2733 (facsimile)
rglenberg@acluva.org.
*Counsel for Plaintiff*


James V. Ingold
Virginia Bar number 31825
Office of the Attorney General
900 East Main Street
Richmond, Virginia 23219
(804) 786 3860
(804) 371 2087 (facsimile)
JIngold@oag.state.va.us
*Counsel for Defendant*

2

Error! Unknown document property name. 