IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

BETTY J. OSTERGREN, )
)
Plaintiff, )
)
v. ) Civil Action No. 3:08cv362
)
ROBERT F. MCDONNELL, )
)
Defendant. )

## ORDER

The parties, by their respective counsel, having jointly proposed by Consent Motion of December 12, 2008, an adjusted plan to govern discovery in this litigation, this Court, believing it reasonable, hereby approves it, and it is hereby ORDERED that:

(1) The parties shall disclose all exhibits, except for rebuttal exhibits, and all witnesses (including name, address, telephone and matters on which they are expected to testify), except for expert and rebuttal witnesses, by Janurary 9, 2009;

(2) The parties shall disclose all expert testimony and rebuttal witnesses/exhibits by January 23, 2009;

(3) The parties shall complete all depositions by February 6, 2009.

It is so ORDERED.

/s/ REP
Senior United States District Judge
Robert E. Payne
Richmond, Virginia
Date: December 12, 2008