IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| BETTY J. OSTERGREN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil No. 3:08cv362 |
| ROBERT F. McDONNELL, in his official | ) |
| capacity as Attorney General of Virginia, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**CONSENT MOTION**

The parties, jointly by their respective counsel, hereby respectfully propose the following amendment to the discovery plan in this litigation:

The parties agree to complete all depositions by February 19, 2009.


_____/s/_____
Rebecca K. Glenberg
Virginia Bar number 44099
ACLU of Virginia Foundation, Inc.
530 E. Main Street, Suite 310
Richmond, Virginia 23219
(804) 644-8080
(804) 649-2733 (facsimile)
rglenberg@acluva.org.

*Counsel for Plaintiff*

_____
James V. Ingold
Virginia Bar number 31825
Office of the Attorney General
900 East Main Street
Richmond, Virginia 23219
(804) 786 3860
(804) 371 2087 (facsimile)
JIngold@oag.state.va.us

*Counsel for Defendant*