IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

BETTY J. OSTERGREN, )
)
        Plaintiff, )
)
v. )
) Civil No. 3:08cv362
ROBERT F. McDONNELL, in his official )
capacity as Attorney General of Virginia, )
)
        Defendant. )
)

## MOTION IN LIMINE

The plaintiff, by counsel, respectfully moves the Court in limine to exclude the plea agreement of Randy A. Baadhio from evidence in the hearing set for February 24-25, 2009, on the grounds that the agreement is inadmissible hearsay.

The grounds for this motion are set forth in the accompanying Memorandum.

Respectfully submitted,

BETTY J. OSTERGREN

By:

_____/s/_____
Rebecca K. Glenberg (VSB No. 44099)
American Civil Liberties Union of Virginia
    Foundation, Inc.
530 E. Main Street, Suite 310
Richmond, Virginia 23219
(804) 644-8080
(804) 649-2733 (FAX)
rglenberg@acluva.org

Frank M. Feibelman VSB #13877
Cooperating Attorney for the ACLU of Virginia
5206 Markel Rd., Suite 102
Richmond, Virginia 23230

(804) 355-1300
FAX: (804) 355-4684

## CERTIFICATE OF SERVICE

I hereby certify that on this ___ day of February, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to the following:

>James V. Ingold
>Office of the Attorney General
>900 E. Main Street
>Richmond, Virginia 23219
>JIngold@oag.state.va.us

>_____/s/_____
>Rebecca K. Glenberg (VSB No. 44099)
>American Civil Liberties Union of Virginia
>  Foundation, Inc.
>530 E. Main Street, Suite 310
>Richmond, Virginia 23219
>(804) 644-8080
>(804) 649-2733 (FAX)
>rglenberg@acluva.org