IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



BETTY J. OSTERGREN,

    Plaintiff,

v.                           Civil Action No. 3:08cv362

ROBERT F. McDONNELL, in his
official capacity as
Attorney General of Virginia,

    Defendant.

**ORDER**

    Having reviewed the CONSENT MOTION (Docket No. 38), it is hereby ORDERED that the motion is granted. It is further ORDERED that the parties shall conclude all depositions by February 19, 2009.

    It is so ORDERED.

                                                /s/       *REP*
                                      Robert E. Payne
                                      Senior United States District Judge

Richmond, Virginia
Date: February 10, 2009