IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| BETTY J. OSTERGREN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:08cv362 |
| ) | |
| ROBERT F. McDONNELL, in his official ) | |
| capacity as Attorney General of Virginia, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION

The parties stipulate to the following facts:

1. As of July 1, 2008, 105 of the 120 clerks of circuit court in Virginia reported that they had redacted social security numbers from electronic land records available through the Secure Remote Access System. The redaction was performed either by contracting with the Supreme Court of Virginia or a private redaction company, or by performing redactions in-house.

2. Of those county clerks that have not yet done so, Matthews County and Sussex County plan to complete their redaction process by July 1, 2010, and the remaining clerks expect to do so by the end of 2009.

3. In Virginia, social security numbers are redacted only from the electronic versions of documents available online; they are not redacted from the original, physical records, which continue to be available at the circuit court clerks' offices.

4. As of July 1, 2008, approximately 200 million land record images were available on line at circuit court websites.

5. The accuracy of the redaction methods used by the circuit court clerks with regard to images that actually have social security numbers is between 95% and 99%. After redaction, a social security number that remains un-redacted in the online land records will be redacted if the Clerk is informed of the inaccuracy. If not brought to the Clerk's attention, it will remain accessible in the online land records.

6. Outside of Virginia, many governmental entities continue to make public records containing social security numbers available on line on public websites.

Respectfully submitted,

| | |
|---|---|
| BETTY J. OSTERGREN | ROBERT F. McDONNELL |
| By counsel: | By counsel: |
| *[signature]* | *[signature]* |
| Rebecca K. Glenberg (VSB No. 44099) | James V. Ingold (VSB No. 31825) |
| American Civil Liberties Union of Virginia Foundation, Inc. | Attorney for Robert F. McDonnell Office of the Attorney General |
| 530 E. Main Street, Suite 310 | 900 East Main Street |
| Richmond, Virginia 23219 | Richmond, Virginia 23219 |
| (804) 644-8080 | Phone: 804-786-3860 |
| (804) 649-2733 (FAX) | Fax: 804-371-2087 |
| rglenberg@acluva.org | JIngold@oag.state.va.us |

Frank M. Feibelman VSB #13877
Cooperating Attorney for the ACLU of Virginia
5206 Markel Rd., Suite 102
Richmond, Virginia 23230
(804) 355-1300
FAX: (804) 355-4684