## Declaration of Custodian of Records

Pursuant to 28 U.S.C. § 1746, I, the undersigned, hereby declare:

1. I am an Assistant United States Attorney ("AUSA") in the United States Attorney's Office for the District of Connecticut. I have been employed as an AUSA since October, 2000. I am a United States citizen, and I am over eighteen years of age.

2. I am the AUSA assigned to the matter of *United States v. Randy A. Baadhio*, 3:08 Cr. 14 (VLB). I hereby certify that the attached plea agreement:

    a. was made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by, a person with knowledge of those matters;

    b. was kept in the course of my regular responsibilities as an AUSA; and

    c. was made by me and by counsel for defendant Randy A. Baadhio, in consultation with the defendant, as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Date: Feb. 13, 2009

_Edward Chang_
(signature of declarant)

Assistant U.S. Attorney
(name and title of declarant)

U.S. Attorney's Office
(name of business)

157 Church St., 23rd Fl.
(business address)

New Haven, CT 06510