IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**BETTY J. OSTERGREN,**

      **Plaintiff,**

**v.**                                       **CIVIL ACTION NO. 3:08cv362**

**ROBERT F. MCDONNELL,**

      **Defendant.**

## **DEFENDANT'S LIST OF EXHIBITS**

Defendant, by counsel, designates the following exhibits in this action:

A. December 1, 2008 Compensation Board annual report on Circuit Court Clerks.

B. The authenticated plea agreement of January 30, 2009, of Randy A. Baadhio proving that he obtained social security numbers from [www.thevirginiawatchdog.com](www.thevirginiawatchdog.com) and used them to submit fraudulent credit card applications. The plea is electronically filed in Case 3:08-cr-00014-VLB in the United States District Court for the District of Connecticut.

C. The de bene esse oral deposition of Henry Sal, Jr., by telephone by stipulation of the parties.

Defendant reserves the right to introduce any documents in plaintiff's exhibit list.

Respectfully submitted,

ROBERT F. MCDONNELL,
Defendant herein

By: _____/s/_____
    James V. Ingold, Esq.
    Virginia Bar number 31825
    Office of the Attorney General
    900 East Main Street
    Richmond, Virginia 23219
    Phone: 804-786-3860
    Fax: 804-371-2087
    JIngold@oag.state.va.us

ROBERT F. MCDONNELL
Attorney General of Virginia

MAUREEN RILEY MATSEN
Deputy Attorney General

PETER R. MESSITT
Senior Assistant Attorney General/Section Chief

JAMES V. INGOLD (VSB No. 31825)
Senior Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
900 East Main Street
Richmond, Virginia 23219
(804) 786-3860
Fax: 804-371-2087

## CERTIFICATE OF SERVICE

    I hereby certify that on this 23rd day of February, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

By: _____/s/_____
    James V. Ingold, Esq.
    Virginia Bar number 31825
    Office of the Attorney General
    900 East Main Street
    Richmond, Virginia 23219
    Phone: 804-786-3860
    Fax: 804-371-2087

    JIngold@oag.state.va.us