```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF VIRGINIA
                         Richmond Division
```

BETTY J. OSTERGREN,

    Plaintiff,

v.                                    Civil Action No. 3:08cv362

ROBERT F. MCDONNELL,

    Defendant.

## ORDER

For the reasons set forth on the record during the hearing on February 24, 2009, it is hereby ORDERED that the Plaintiff's MOTION IN LIMINE (Docket Number 39) is denied.

It is so ORDERED.

                                                 /s/
                            Senior United States District Judge

Richmond, Virginia
Date: February 24, 2008