UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

BETTY J. OSTERGREN,

    Plaintiff,

v.               Case No. 3:08-cv-362

HON. ROBERT F. McDONNELL, in his official
capacity as Attorney General of Virginia,

    Defendant.

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for Defendant, Robert F. McDonnell, in his official capacity as Attorney General of Virginia. I certify that I am admitted to practice in this Court.

    Respectfully submitted,

By:   _/s/ Stephen R. McCullough_

   STEPHEN R. MCCULLOUGH

   State Solicitor General
   Virginia State Bar Number 41699
   Counsel for **ROBERT F. McDONNELL**, in his
   official capacity as Attorney General of Virginia.

   OFFICE OF THE ATTORNEY GENERAL
   900 East Main Street
   Richmond, Virginia 23219
   Telephone: (804) 786-2436
   Facsimile: (804) 786-1991
   Email: smccullough@oag.state.va.us

# CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of May 2009, I will electronically file the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Rebecca K. Glenberg, Esq.
>American Civil Liberties Union
>Of Virginia Foundation, Inc.
>530 E. Main Street, Suite 310
>Richmond, Virginia 23219
>Telephone: (804) 644-8080
>Facsimile: (804) 649-2733
>rglenberg@acluva.org

By: /s/ Stephen R. McCullough
STEPHEN R. MCCULLOUGH
State Solicitor General
Virginia State Bar Number 41699
Counsel for **ROBERT F. McDONNELL**, in his official capacity as Attorney General of Virginia.

OFFICE OF THE ATTORNEY GENERAL
900 East Main Street
Richmond, Virginia 23219
Telephone: (804) 786-2436
Facsimile: (804) 786-1991
Email: smccullough@oag.state.va.us