**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Richmond Division**

BETTY J. OSTERGREN,

        **Plaintiff,**

        v.                                Civil Action No. 3:08cv362

ROBERT F. MCDONNELL,

        **Defendant.**

### MOTION TO WITHDRAW AS COUNSEL

Stephen R. McCullough (SMcCullough@oag.state.va.us; 804-371-0816) already has noted his appearance as co-counsel for Defendant in this case (Docket entry # 51). Defendant counsel James V. Ingold is leaving the Office of the Attorney General effective May 28, 2009, and based on this departure respectfully hereby submits this motion requesting that this Court issue an order withdrawing him as counsel for Defendant.

Plaintiff's counsel does not oppose this motion.

                                            Respectfully submitted,
                                            ROBERT F. MCDONNELL,
                                            Defendant herein

                                            By: _____/s/_____
                                            James V. Ingold, Esq.
                                            Virginia Bar number 31825
                                            Attorney for Robert F. McDonnell
                                            Office of the Attorney General
                                            900 East Main Street
                                            Richmond, Virginia 23219
                                            Phone: 804-786-3860
                                            Fax: 804-371-2087
                                            JIngold@oag.state.va.us

STEPHEN R. MCCULLOUGH (VSB No. 41699)
State Solicitor General

JAMES V. INGOLD (VSB No. 31825)
Senior Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL
900 East Main Street
Richmond, Virginia 23219
(804) 786-3860
(804) 371-2087 (FAX)


CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of June, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

By: _____/s/_____
James V. Ingold, Esq.
Virginia Bar number 31825
Attorney for Robert F. McDonnell
Office of the Attorney General
900 East Main Street
Richmond, Virginia 23219
Phone: 804-786-3860
Fax: 804-371-2087

JIngold@oag.state.va.us