```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF VIRGINIA
                      Richmond Division
```

BETTY J. OSTERGREN,

    Plaintiff,

v.                              Civil Action No. 3:08cv362

ROBERT F. MCDONNELL,

    Defendant.

## ORDER

Having reviewed the MOTION TO WITHDRAW AS COUNSEL (Docket No. 52), it is hereby ORDERED that the motion is granted.

It is so ORDERED.

                                              /s/        REP
                                    Robert E. Payne
                                    Senior United States District Judge

Richmond, Virginia
Date: June 2, 2009