IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



BETTY J. OSTERGREN,

    Plaintiff,

v.                            Civil Action No. 3:08cv362

ROBERT F. MCDONNELL,

    Defendant.

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that the Defendant is permanently enjoined from enforcement of Va. Code. § 59.1-443.2 against any iteration of the Plaintiff's website, now or in the future, that simply republishes publicly obtainable documents containing unredacted SSNs of Virginia legislators, Virginia Executive Officers or Clerks of Court as part as an effort to reform Virginia law and practice respecting the publication of SSNs online.

It is so ORDERED.

                                                    /s/    *REP*
                           Senior United States District Judge

Richmond, Virginia
Date: June 2, 2009

Ostergren v. McDonnell           Doc. 55

Dockets.Justia.com