IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| **BETTY J. OSTERGREN,** | : |
| Plaintiff, | : |
| v. | :  Civil Action No. 3:08cv362 |
| **WILLIAM C. MIMS,** in his official capacity as Attorney General of Virginia, | : |
| Defendant. | : |

# NOTICE OF APPEAL

The Defendant, William C. Mims, in his official capacity as Attorney General of Virginia, through his counsel, hereby notes his appeal of this Court's June 2, 2009 Memorandum Opinion and Order, granting in part and denying in part the plaintiff's request for injunctive relief.

                **WILLIAM C. MIMS,**

                in his official capacity as
                Attorney General of Virginia,

                    /s/ Stephen R. McCullough
                STEPHEN R. MCCULLOUGH
                Virginia State Bar No. 41699
                Counsel for WILLIAM C. MIMS

OFFICE OF THE ATTORNEY GENERAL
900 East Main Street
Richmond, Virginia 23219
Telephone: (804) 786-2436
Facsimile: (804) 786-1991
smccullough@oag.state.va.us

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2009, I electronically filed the foregoing NOTICE OF APPEAL with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Rebecca K. Glenberg, Esquire
Virginia State Bar No. 44099
American Civil Liberties Union
 of Virginia Foundation, Inc.
530 East Main Street, Suite 310
Richmond, Virginia 23219
rglenberg@acluva.org

/s/ Stephen R. McCullough
Counsel