```
Court Name: UNITED STATES DISTRICT COURT
Division: 3
Receipt Number: 34683004206
Cashier ID: lbreeden
Transaction Date: 06/24/2009
Payer Name: OFFICE OF ATTORNEY GENERAL

NOTICE OF APPEAL/DOCKETING FEE
 For: OFFICE OF ATTORNEY GENERAL
 Amount:         $455.00

CHECK
 Check/Money Order Num: 1043
 Amt Tendered:   $455.00

Total Due:       $455.00
Total Tendered:  $455.00
Change Amt:      $0.00

#3:08-CV-362
```