4cca-30     REV. 10/30/07      T R A N S M I T T A L   S H E E T
                              (Notice of Appellate Action)

| | | |
|---|---|---|
| _____ Notice of Filing<br>_____ Cross Appeal<br>✓ Interlocutory Appeal<br>_____ Additional NOA<br>_____ Amended NOA<br>_____ Transmittal of Record<br>_____ Transmittal of Certif.<br>_____ Supplement to ROA<br>_____ Supplemental Certif.<br>_____ Other | UNITED STATES DISTRICT COURT<br>for the<br>Eastern DISTRICT OF Virginia<br>at Richmond<br>Caption:<br><br>Betty J. Ostergren<br>v.<br>Robert F. McDonnell, etc. | District Court No.:<br><br>3:08-cv-00362-REP<br><br>4CCA No.:_____<br><br>Consolidated with No.:<br><br>Case Manager: |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA,
docket entries, district court opinion and order, and magistrate judge's recommendation (if
applicable) are enclosed to 4CCA.

| | |
|---|---|
| 1. NOA filed:   06/24/2009 | 4. Fees<br><br>_____ USA no fee required<br><br>$5 filing fee:   ✓ paid   _____ unpaid<br><br>$450 docket fee:   ✓ paid   _____ unpaid<br><br>Pauper status: _____ granted _____ denied _____ pending in dist.ct.<br><br>Does PLRA Apply? _____ Yes _____ No   3-strikes? ___ Yes ___ No<br>[If PLRA applies, 4CCA sends forms & acts on application] |
| 2. Amended NOA filed: | |
| 3. District Judge:<br><br>Judge Robert E. Payne | 5. Materials Under Seal in District Court: ___ Yes ✓ No<br><br>Party Names Under Seal in District Court: ___ Yes ✓ No |
| 6. Court Reporter(s)(list all):<br><br>Peppy Strahan<br><br>Coordinator: | 7. Criminal/Prisoner Cases<br>_____ recalcitrant witness   Defendant's Address:<br>_____ on death row<br>_____ in custody<br>_____ on bond<br>_____ on probation |

**Part II**          TRANSMITTAL OF RECORD/CERTIFICATE OF AVAILABILITY OF RECORD
[ ] ORIGINAL RECORD     [ ] SUPPLEMENT TO RECORD

| | |
|---|---|
| USE FOR RECORDS IN ELECTRONIC FORM:<br><br>[ ] **PRO SE:** Automatically transmit assembled electronic record to 4CCA in pro se cases.<br>Does electronic record include all filings?<br>[ ] YES   [ ] NO<br>If NO, list contents and transmittal method for supplement here (supplement must be transmitted): _____<br>_____<br>_____<br>_____<br><br>[ ] **COUNSELED:** Available for transmittal<br>In-court hearing(s) held? ___ YES   ___ NO<br>All transcript on file?   ___ YES   ___ NO<br>4CCA will request transmittal of record when needed in counseled cases. | USE FOR RECORDS IN PAPER FORM:<br><br>[ ] **PRO SE:** Automatically transmit paper record to 4CCA in pro se cases.<br>List contents by volume number & number of boxes (pleadings, transcript, exhibits, state court records, sealed): _____<br>_____<br>_____<br>_____<br>_____<br>_____<br><br>[ ] **COUNSELED:** Available for transmittal<br>In-court hearing(s) held? ___ YES   ___ NO<br>All transcript on file?   ___ YES   ___ NO<br>4CCA will request transmittal of record when needed in counseled cases. |

Deputy Clerk: Laurie C. Breeden          Phone: 804-916-2207          Date: June 25, 2009