```
                   IN THE UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF VIRGINIA
                              Richmond Division
```

BETTY J. OSTERGREN,           )
                              )
            Plaintiff,        )
                              )
    v.                        )
                              )  Civil No. 3:08cv362
ROBERT F. McDONNELL, in his official )
capacity as Attorney General of Virginia, )
                              )
            Defendant.        )
                              )

## NOTICE OF CROSS-APPEAL

Notice is here by given that plaintiff Betty J. Ostergren hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Final Order entered in this action on June 2, 2009, to the extent that it fails to enjoin enforcement of Virginia Code § 59.1-443.2 against the republication of records from outside of Virginia.

Dated: July 8, 2009

Respectfully submitted,

BETTY J. OSTERGREN


By:

/s/ Rebecca K. Glenberg
Rebecca K. Glenberg
VSB #44099
American Civil Liberties Union of Virginia Foundation, Inc.
530 E. Main Street, Suite 310
Richmond, VA  23219
(804) 644-8080
(804) 649-2733 (fax)
rglenberg@acluva.org

Frank M. Feibelman VSB #13877
Cooperating Attorney for the ACLU of Virginia
5206 Markel Rd., Suite 102
Richmond, Virginia 23230
(804) 355-1300
FAX: (804) 355-4684
frank@feibelman.com

Counsel for Plaintiffs

# CERTIFICATE OF SERVICE

I, Rebecca K. Glenberg, hereby certify that on this 8th day of July, 2009, I filed the foregoing document with the clerk using the CM/ECF system, which will send notification of such filing to:

Stephen McCullough
State Solicitor General
Office of the Attorney General
900 East Main Street
Richmond, Virginia 23219
Phone: 804-786-3860
Fax: 804-371-2087
smccullough@oag.state.va.us

/s/ Rebecca K. Glenberg
Rebecca K. Glenberg
VSB #44099
American Civil Liberties Union of
    Virginia Foundation, Inc.
530 E. Main Street, Suite 310
Richmond, VA 23219
(804) 644-8080
(804) 649-2733 (fax)
rglenberg@acluva.org