| 4cca-30   REV. 10/30/07 | T R A N S M I T T A L   S H E E T | |
|---|---|---|
| | (Notice of Appellate Action) | |
| ___ Notice of Filing<br>✓ Cross Appeal<br>___ Interlocutory Appeal<br>___ Additional NOA<br>___ Amended NOA<br>___ Transmittal of Record<br>___ Transmittal of Certif.<br>___ Supplement to ROA<br>___ Supplemental Certif.<br>___ Other | UNITED STATES DISTRICT COURT<br>for the<br>Eastern DISTRICT OF Virginia<br>at Richmond<br>Caption:<br>Betty J. Ostergren<br>v.<br>Robert F. McDonnell, etc. | District Court No.:<br>3:08-cv-00362-REP<br><br>4CCA No.: 09-1723<br><br>Consolidated with No.:<br><br>Case Manager:<br>Jeff Neal |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| 1. NOA filed: 07/08/2009 | 4. Fees |
|---|---|
| | ___ USA no fee required |
| | $5 filing fee:  ___ paid  ✓ unpaid |
| | $450 docket fee:  ___ paid  ✓ unpaid |
| 2. Amended NOA filed: | Pauper status: ___ granted ___ denied ___ pending in dist.ct. |
| | Does PLRA Apply? ___ Yes ___ No  3-strikes? ___ Yes ___ No<br>[If PLRA applies, 4CCA sends forms & acts on application] |
| 3. District Judge:<br>Judge Robert E. Payne | 5. Materials Under Seal in District Court: ___ Yes ✓ No<br>   Party Names Under Seal in District Court: ___ Yes ✓ No |
| 6. Court Reporter(s)(list all):<br>Peppy Strahan<br><br>Coordinator: | 7. Criminal/Prisoner Cases<br>___ recalcitrant witness   Defendant's Address:<br>___ on death row<br>___ in custody<br>___ on bond<br>___ on probation |

**Part II**   TRANSMITTAL OF RECORD/CERTIFICATE OF AVAILABILITY OF RECORD
☐ ORIGINAL RECORD   ☐ SUPPLEMENT TO RECORD

| USE FOR RECORDS IN ELECTRONIC FORM: | USE FOR RECORDS IN PAPER FORM: |
|---|---|
| ☐ **PRO SE:** Automatically transmit assembled electronic record to 4CCA in pro se cases. Does electronic record include all filings?<br>☐ YES  ☐ NO<br>If NO, list contents and transmittal method for supplement here (supplement must be transmitted): _____ | ☐ **PRO SE:** Automatically transmit paper record to 4CCA in pro se cases. List contents by volume number & number of boxes (pleadings, transcript, exhibits, state court records, sealed): _____ |
| ☐ **COUNSELED:** Available for transmittal<br>In-court hearing(s) held? ___ YES  ___ NO<br>All transcript on file?  ___ YES  ___ NO<br>4CCA will request transmittal of record when needed in counseled cases. | ☐ **COUNSELED:** Available for transmittal<br>In-court hearing(s) held? ___ YES  ___ NO<br>All transcript on file?  ___ YES  ___ NO<br>4CCA will request transmittal of record when needed in counseled cases. |

Deputy Clerk: Laurie C. Breeden   Phone: 804-916-2207   Date: July 9, 2009