```
Court Name: UNITED STATES DISTRICT COURT
Division: 3
Receipt Number: 34683004402
Cashier ID: lbreeden
Transaction Date: 07/09/2009
Payer Name: AMERICAN CIVIL LIBERTIES UNI
ON
----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: AMERICAN CIVIL LIBERTIES UNION
 Amount:         $455.00
----------------------------------
CHECK
 Check/Money Order Num: 9756
 Amt Tendered:   $455.00
----------------------------------
Total Due:       $455.00
Total Tendered:  $455.00
Change Amt:      $0.00
```

#3:08CV362

Court Name: UNITED STATES DISTRICT COURT
Division: 3
Receipt Number: 34634984402
Cashier ID: lbreeden
Transaction Date: 07/03/2003
Payer Name: AMERICAN CIVIL LIBERTIES UN
ION

NOTICE OF APPEAL/DOCKETING FEE
For: AMERICAN CIVIL LIBERTIES UNION
Amount:          $455.00

CHECK
Check/Money Order Num: 9790
Amt Tendered: $455.00

Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

#3:08CV362