FILED: July 14, 2009

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 09-1796
(3:08-cv-00362-REP)

_____

BETTY J. OSTERGREN,

        Plaintiff - Appellant

v.

ROBERT F. MCDONNELL, in his official capacity as Attorney
General of Virginia,

        Defendant - Appellee

_____

No. 09-1723
(3:08-cv-00362-REP)

_____

BETTY J. OSTERGREN,

        Plaintiff - Appellee

v.

ROBERT F. MCDONNELL, in his official capacity as Attorney
General of Virginia,

        Defendant - Appellant

_____

O R D E R
_____

The Court consolidates Case No. 09-1723 and Case No. 09-1796. The appellant in Case No. 09-1723 shall be considered the appellant for purposes of the consolidated appeals and shall proceed first at briefing and at oral argument. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

    For the Court--By Direction

    <u>/s/ Patricia S. Connor, Clerk</u>